*I. Raymond Kremer,* with him *Morton Witkin,* for appellants.

*Edwin P. Rome,* with him *Richard M. Rosenbleeth,* and *Blank, Rudenko, Klaus & Rome,* for appellees.

OPINION PER CURIAM, June 24, 1966:
Decree affirmed. Each party to pay own costs.
Mr. Justice MUSMANNO dissents.

Philadelphia Dressed Beef Co., Appellant, *v.* Porter.

Argued April 28, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Michael T. McDonnell, Jr.,* for appellant.

*Alexander A. DiSanti,* with him *Richard, Brian & DiSanti,* for appellee.

OPINION PER CURIAM, June 24, 1966:
Judgment affirmed.

## Commonwealth ex rel. Johnson, Appellant, *v.* Myers.

Submitted April 19, 1966. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Leonard Johnson,* appellant, in propria persona.

*Ronald M. McCaskill* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, June 24, 1966:
In light of the decisions of this Court in *Commonwealth ex rel. Cunningham v. Maroney,* 421 Pa. 157, 218 A. 2d 811 (1966) ; *Commonwealth ex rel. Branam v. Myers,* 420 Pa. 77, 216 A. 2d 89 (1966) ; *Commonwealth ex rel. Robinson v. Myers,* 420 Pa. 72, 215 A. 2d 637 (1966) ; *Commonwealth ex rel. Stevens v. Myers,*